UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

ORDER

Real Property located at 26095 220th Street, Paynesville, Minnesota, Stearns County, with all buildings, improvements, appurtenances and attachments thereto and any and all proceeds from its sale or transfer,

Defendant.

Civ. No. 01-329 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Lizabeth A. McKibben, Assistant United States Attorney, 600 United States Courthouse, 300 4th Street South, Minneapolis, Minnesota, 55415

At Duluth, in the District of Minnesota, this 26th day of July, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on February 22, 2001 by the filing of a Complaint with the Clerk of Court. It appears that one

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

hundred and twenty (120) days have passed and the Defendant has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE